UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2020 DEC 18  AM 11: 00

AASIR AZZARMI

Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Ann Marie Donnelly
"Bo" Johnson
Melissa Salcedo,
Does 1-10

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☒ **Diversity of Citizenship**

*[Handwritten: § 28 U.S.C § 2679; § 2000bb-1(c); § 2000bb-2(1); RFRA]*

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

*[Handwritten: ① 42 U.S.C. § 1983; Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971); Monell v. Department of Social Services of City of New York, 436 U.S. 658 (1978); Tanzin v. Tanvir, 592 U.S. ___ (2020); ② Religious Freedom Restoration Act of 1993 (RFRA); Tanzin v. Tanvir 592 __ U.S. (2020)]*

**B. If you checked Diversity of Citizenship**

   1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, ___Aasir Azzarmi___ , is a citizen of the State of
(Plaintiff's name)

___California___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Ann Marie Donnelly**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Aasir**          **A**          **Zzakmi**
First Name         Middle Initial  Last Name

**10217 S. Inglewood Ave**
Street Address

**Inglewood**          **CA**          **90304**
County, City           State           Zip Code

**323-632-8531**          **azafata@yahoo.com**
Telephone Number          Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Ann Marie Donnelly
First Name / Last Name

Current Job Title (or other identifying information)

Curr

Cou

Defendant 2: "BO" Johnson
First Name / Last Name

U.S. Marshall
*currently* Current Job Title (or other identifying information)
*not sure* ~~(crossed out)~~ but previously at → EDNY Courthouse
Current Work Address (or other address where defendant may be served)
225 Cadman Plaza E, Brooklyn, NY 11201
County, City / State / Zip Code

Defendant 3: Melissa Saucedo
First Name / Last Name

*not sure currently but previously* U.S. Marshall – 718-~~(crossed out)~~ 260-0530
Current Job Title (or other identifying information)
EDNY, 225 Cadman Plaza E,
Current Work Address (or other address where defendant may be served)
Brooklyn NY 11201
County, City / State / Zip Code
(believed to be SDNY resident)

Defendant 4:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Various, Manhattan & Brooklyn

Date(s) of occurrence: Various, but around July 2019

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

In December 2020, the US Supreme Court affirmed the 2nd Circuit in Tanvir v. Tanzin 894 F.3d 449 (2d Cir. 2018) which allows Plaintiff, Aasir Azzarmi, to sue Defendants in the case under 1983 & RFRA of 1993.

(1) Plaintiff is/was a practicing Muslims on, dyring/before and after July 2019 when events occured.

(2) Defendant Ann Marie Donnelly knew Plaintiff was a practicing Muslim at all times.

(3) Defendant Donnelly is and has been a member of an anti-Muslim hate group, where the leader of her anti-Muslim hate group publicly tells members to "strangle them (muslims) economically."

(4) Defendant Donnelly, in her capacity, maneuvered herself onto Plaintiff's case, where Plaintiff was suing his former employer for failure to pay pages, involuntary servitude, etc, & for an amount less than $75,000.00, where there was no Federal Jurisdiction or Diversity Jurisdiction.

Page 5

(5) Defendant Donnelly refused to remand the case to State Court even though she admitted in open court she had no jurisdiction over the case, but maintained jurisdiction to "strangle" Plaintiff "economically." (6) Plaintiff objected by advising Def. Donnelly he was petitioning the Second Circuit due Def. Donnelly's anti-Muslim hate group participation & lack of jurisdiction. (7) Def. Donnelly threatened Plaintiff he would be at a "Dead End" & threatened retaliation if Plaintiff exercised his First Amendment rights to petition the Second Circuit. (8) Def. Bo Johnson told Plaintiff he was banned from entering EDNY courthouse, as he was a threat because of his religion and is on a list. (9) Def. Salcedo investigated and found no evidence of Plaintiff being a threat. (10) Def. Donnelly dismissed the case she had no jurisdiction to hear because of Plaintiff's religion.

INJURIES:
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Because of Def. Donnelly's religious discrimination & retaliation, Plaintiff was prevented from seeking recovery from his former employer for subjecting him to INVOLUNTARY SERVITUDE, in violation of the 13th Amendment, and Def. Donnelly interfered & retaliated against Plaintiff for exercising First Amendment rights by petitioning 2nd Cir & exercising his religion, where Def. Donnelly banned Plaintiff from having access to a Federal court, causing Plaintiff emotional, economic, and irreparable harm.

IV. RELIEF
State briefly what money damages or other relief you want the court to order.

injunctive, compensatory, declaratory, damages for being subjected to INVOLUNTARY SERVITUDE, costs, legal fees, attorneys fees, interference with USPS mail (mail fraud by Def. Donnelly), punitive damages, interest, emotional damages etc.

the U.S. Supreme Court recently ruled that Plaintiff is allowed to sue government officials who violated his rights under the RFRA act of 1993 under claim. 42 USC § 1983, Second Circuit also allows this

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12/15/2020

Plaintiff's Signature: A Azzarmi

First Name: Aasir
Middle Initial:
Last Name: Azzarmi

Street Address: 10217 S. Inglewood Ave

County, City: Inglewood
State: CA
Zip Code: 90304

Telephone Number: 323-632-8531
Email Address (if available): azafafa@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

RECEIVED
SDNY PRO SE OFFICE
2020 DEC 18 AM 10: 50

# FIRST CLASS MAIL

SDNY
To: Pro Se Intake (Room 200)

From:
Aasir Azzarmi, Pro Se
637 S. Grand Ave, #4
San Pedro, CA 90731

Re: Pro Se complaint
Date 12/17/2020